# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-23122-COOKE/GOODMAN

**RICARDO T. SANZ,**

    **Plaintiff,**

**v.**

**WELLS FARGO BANK, N.A.,**

    **Defendant.**

_____/

**PLAINTIFF, RICARDO T. SANZ'S ANSWERS AND OBJECTIONS TO DEFENDANT, WELLS FARGO BANK'S FIRST SET OF INTERROGATORIES**

Plaintiff, RICARDO T. SANZ ("Plaintiff"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 33, hereby serves his answers to Defendant, WELLS FARGO BANK, N.A.'s First Set of Interrogatories propounded upon Plaintiff on October 14, 2019:

**ANSWERS TO INTERROGATORIES**

**INTERROGATORY NO. 1:**   Please state your full name, (and if you have used or been known by any other name or nickname, please give it in full), driver's license number, date of birth, your present address, and identify each address where you have resided for the past ten (10) years.

    **ANSWER:**

    Ricardo T. Sanz
    Date of Birth: _____, 1958
    Florida Driver's License: ▇▇▇▇▇▇▇▇▇▇▇▇
    Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

CASE No.: 19-CV-23122-COOKE

**INTERROGATORY NO. 2:** Please list your employers for the past 10 years, and for each job, please state the date(s) you were employed, the business address(es), the business telephone number(s), the name(s) of your immediate supervisor(s), your job title(s) and the reason your employment ended.

**ANSWER:**

**Wells Fargo Bank, N.A.**
Dates Employed: from 1987 to 2018
Title: Sr. Private Banking Manager and Senior V.P.
Supervisors: Jeff Haines and Jayne Hill
Terminated, February of 2018.

**INTERROGATORY NO. 3:** With respect to every attempt you have made to find employment since your separation from employment with Defendant:

(a) identify each employer or employment agency you have contacted;

(b) state the date(s) of each contact;

(c) state the jobs for which you applied;

(d) identify any responses you received from such employers or employment agencies (including the reasons given, if any, for the employer's hiring decision);

(e) identify any offers of employment you received and the terms of such offers (including salary and benefits);

(f) for each position you were offered but did not accept, state the reason(s) you did not accept the position; and

(g) identify each document that relates or refers to your attempts to find and your acceptance of any employment.

**ANSWER:**

- City National Bank
- February of 2018

- Discussed Private Banking Leadership Position
- Unable to proceed due to merger staffing issues.

T.D. Bank
- April of 2018
- Discussed the organization and fit for a Private Banking leadership position.
- Not a match to corporate direction.

Citi Bank
- May of 2018
- Made my interest known to local leaders.
- Was told there was no match at this time.

Ocean Bank
July of 2018
- Discussed possibilities similar to the position held with Defendant, but it was determined there was not a good fit.

Ocean Bank - 2019
- Discussed a consulting opportunity with a senior executive, however, he passed away before we could finalize discussions.

**INTERROGATORY NO. 4:** Please list all sources of income, including self-employment, worker's compensation, unemployment, disability or other sources you have received since January 1, 2017.

**ANSWER:**

Wells Fargo Retirement: Approximately $30,000

Wells Fargo Stock Grant: Approximately $50,000 and declining.

Short term estimated net rental r/e income: Approximately, $30,000. Lease expires: 3/31/2020.

**INTERROGATORY NO. 5:** Please identify, by name, address, telephone number, employer and business address, every person you believe may have knowledge of the facts or circumstances underlying your claims in this lawsuit and/or the damages you allegedly sustained, and a summary of each person's knowledge.

**ANSWER:**

Jeff Haines
Market Manager
Subject of Information: Mr. Haines may have knowledge of all allegations made in the operative complaint, including, but not limited to Defendant's claim that Plaintiff was not "on model."

Jayne Hill
Business Line Leader
Subject of Information: Ms. Hill may have knowledge of all allegations made in the operative complaint, including, but not limited to Defendant's claim that Plaintiff was not "on model."

Greg Bronstein
Senior Managing Director for Southeast Region
Subject of Information: Mr. Bronstein may have knowledge of all allegations made in the operative complaint, including, but not limited to, Plaintiff's intention to seek a promotion.

Representative from the Human Resources Department (name unknown)
Subject of Information: This Representative may have knowledge of Plaintiff's discrimination complaint.

Bob Peyser
Recruiter
Subject of Information: Mr. Peyser may have knowledge Defendant's interview for Plaintiff's position while he was still employed.

Greg Rolle,
Regional Private Banking Manager
Subject of Information: Mr. Rolle may have knowledge of his duties.

Lawrence Katz
Former Banking Manager
Subject of Information: Mr. Katz may have knowledge of his demotion.

Jim Mallot
Former Banking Manager
Subject of Information: Mr. Mallot may have knowledge of his demotion.

Whitney Oren
Former Wealth Manager
Subject of Information: Ms. Oren may have knowledge of her own separation of employment and her involvement with the interview for Market Manager.

Mike Adams
Subject of Information: Mr. Adams has knowledge of his separation of employment and Plaintiff's performance.

Tom Joyce
Former Head of Trust for Miami/FTL
Subject of Information: Mr. Joyce has knowledge of his separation of employment and Plaintiff's performance.

Jeff Crosby
Subject of Information: Mr. Crosby has knowledge of his discussions with Greg Bronstein regarding the Market Manager position and Plaintiff. =

Bonnie Koenig- Contact info pending
Subject of Information: Ms. Koenig was a senior private banker in Palm Beach County who retired under similar stressful circumstances and who is believed to have been targeted because of her age.

**INTERROGATORY NO. 6:** Please identify, by name, business address and business telephone number, all doctors, psychologists, social workers and/or any other mental or physical health care specialists you have seen and/or consulted in any way in connection with your claims in this lawsuit

**ANSWER:**

None.

CASE No.: 19-CV-23122-COOKE

**INTERROGATORY NO. 7:** Please identify, by name, business address and business telephone number, all doctors, psychologists, social workers and/or any other mental or physical health care specialists you have seen and/or consulted with in any way, for any reason in the past 10 years.

**ANSWER:**

Ray LLoret,
Cardiologist
305-275-8200

Mario Almeida,
Internal Medicine
305-669-3360

Hiram Rodriguez,
Internal Medicine
305-270-3400

Jorge Echenique,
Urologist
305-448-4431

Javier Florez,
Dermatologist
305-668-8201

Jenny Machuca,
Pulmonologist
305-661-9404

CASE No.: 19-CV-23122-COOKE

**INTERROGATORY NO. 8:** Please identify by name, address, telephone number and employer, each person from whom you or anyone acting on your behalf obtained a statement(s) in connection with your claims in this lawsuit and identify the substance of each statement and the custodian of the statement.

> **ANSWER:**
>
> Plaintiff objects to Interrogatory No. 8 on the grounds that it is vague and ambiguous. Discovery is ongoing therefore, Plaintiff is not yet aware of any individuals he intends to call upon at any deposition, hearing, pretrial proceeding, trial, or any other proceeding in this case. Without waving said objection, none.

**INTERROGATORY NO. 9:** Please separately list each item of damages you seek in this lawsuit and provide an estimated dollar amount for each separate item of damages you seek.

> **ANSWER:**
>
> **FCRA DAMAGES (FOR EACH COUNT)**
>
> a. Back Pay: approximately $395,833.33 to date;
>
> b. Compensatory Damages: $2,500,000.00;
>
> c. Interest: maximum interest allowed by law compounded monthly;
>
> d. Front Pay: approximately $2,075,000.00;
>
> e. Punitive Damages – to be determined by the trier of fact; and,
>
> f. Attorney's fees and Costs to be determined after trial.

TOTAL: $4,970,833.33, plus applicable interest, reinstatement, punitive damages, attorney's fees and costs.

CASE No.: 19-CV-23122-COOKE

-8-

**INTERROGATORY NO. 10:** If you failed to quantify (by dollar amount) any item of damages listed in response to Interrogatory No. 9, please explain why you are unable to quantify that item of alleged damages and how you intend to quantify that item of damages for trial.

**ANSWER:**

N/A

**INTERROGATORY NO. 11:** For each item of alleged damages referred to in your responses to Interrogatory Nos. 9 and 10, please explain how that item of damages was calculated and identify any document(s) which evidence or support that item of damages.

**ANSWER:**

(a) Plaintiff's back pay was calculated using his pay at the time of termination multiplied by the time he has been unemployed.

(b) Plaintiff's compensatory damages were determined based on the stress and humiliation he endured.

Plaintiff's front pay was calculated using his pay rate at the time of termination multiplied by the age of retirement – 70 years.

CASE No.: 19-CV-23122-COOKE

**INTERROGATORY NO. 12:** For each job you have had since you ceased being employed by Defendant up to and including the present:

(a) identify the employer and state the inclusive dates of your employment;

(b) state the job title of the job you were hired to perform;

(c) describe in detail the nature of the responsibilities of each job;

(d) describe in detail every change in job responsibility and/or job title during the course of each employment;

(e) state the rate of pay you received when you began each employment and any changes in your rate of pay;

(f) describe in detail any fringe benefits (including, but not limited to, disability payments, salary continuances, severance payments, medical insurance, life insurance, profit sharing plan, etc.) that were made available to you at each job, indicating the cost to you (if any) of the benefit and whether you actually received the benefit; and

(g) identify each document that relates or refers to, or upon which you relied in answering this interrogatory.

**ANSWER:**

None.

**INTERROGATORY NO. 13:** State whether you ever have been convicted of a crime, other than any juvenile adjudication, which under the law was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment, and if so, state as to each conviction the specific crime and the date and place of conviction.

**ANSWER:**

None.

CASE No.: 19-CV-23122-COOKE

**INTERROGATORY NO. 14:**  Has anything been paid or is anything payable from any third party, including unemployment compensation benefits, for the damages claimed by you in this matter? If so, please state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

**ANSWER:**

None.

**INTERROGATORY NO. 15:**  If you have previously been a party to any other lawsuit (other than this lawsuit), arbitration proceeding, worker's compensation action, EEOC charge, or bankruptcy proceeding, state the date and file number of each such suit, the name by which you were then known, the court (state, federal or local) in which it was brought, the name of all other parties, and the proper designation of the suit (e.g., if civil, personal injury, or if criminal, theft) and the disposition of each such lawsuit.

**ANSWER:**

I was involved in a car accident in 1976 and sued for damages.  I do not recall the case number.

Dated: November 13, 2019.

                              Respectfully submitted,

                              By:/s/ *Ria N. Chattergoon*
**Ria N. Chattergoon, Esq.**
E-mail: ria@therclawgroup.com
RC Law Group
3900 Hollywood Boulevard,
Suite 301
Hollywood, FL 33021
Telephone: (954) 400-1620
Facsimile: (954) 400-1676

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I served the foregoing document via U.S. Mail and electronic mail on all counsel of record or pro se parties identified on the attached Service List.

By:/s/ *Ria N. Chattergoon*

## SERVICE LIST

**RICARDO T. SANZ v. WELLS FARGO BANK, N.A.**
**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 19-CV-23122**

| Ria N. Chattergoon, Esq.<br>RC Law Group,<br>3900 Hollywood Blvd.<br>Suite 301,<br>Hollywood, Florida 33021<br>Tel: 954-400-1620<br>Fax: 954-400-1676<br>Email: ria@therclawgroup.com<br><br>*Attorney for Plaintiff* | Zascha Blanco Abbott, Esq.<br>Carmen Rodriguez<br>LIEBLER, GONZALEZ & PORTUONDO<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>Tel: 305-379- 0400<br>Fax: (305) 379-9626<br>Email: zba@lgplaw.com<br><br>*Attorneys for Defendant* |

CASE No.: 19-CV-23122-COOKE

I understand that I am swearing or affirming under oath to the truthfulness of the answers to these interrogatories and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 11/2/2019

Signature of Party
Printed Name: RICARDO SANZ

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to or affirmed and signed before me on November 2, 2019 by Ricardo Sanz

_____
NOTARY PUBLIC

WILFREDO ROSA III
MY COMMISSION #GG121514
EXPIRES: JUL 05, 2021
Bonded through 1st State Insurance

Wilfredo Rosa III
(Print, type, or stamp commissioned name of notary or deputy clerk)

_____ Personally Known
__X__ Produced Identification
__X__ Type of Identification Produced  FL DL

-11-